**JASON F. LOWE**
*Attorney at Law*

35 West 96th Street, Suite 2C
New York, New York 10025

Cell: (310) 936-2053 | Tel: (212) 457-8698 | Email: JasonFLowe@gmail.com

July 15, 2021

Hon. Jesse M. Furman, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    SAMUEL COHEN v. CME GROUP INC. SEVERANCE PLAN, et al.,
             21-CV-5324

Dear Judge Furman,

    I represent the Plaintiff in the above matter, and I write with the consent of opposing counsel. The parties write to seek an adjournment of the preliminary conference which is scheduled for July 21, 2021. This is the first request for an adjournment. Other than the July 21, 2021 conference, there are no future appearances scheduled in this matter.

    The parties have met and conferred to formulate a joint civil case management plan. During the process the parties have different views on several issues and have, in good faith, agreed to exchange authority in an effort to resolve or narrow those differences. As such, the parties request a two-week adjournment of the current conference so as to attempt to resolve the outstanding issues and reduce the burden on the Court.

    We appreciate your attention to this matter and are available if the Court has any questions.

                              Respectfully Submitted,

                              *Jason F. Lowe*

CC:  Zach Sharpe, IV (via ECF)
       Sarah Bryan Fask (defendant's counsel awaiting *pro hac vice* admission)(via email)

Normally, requests for extensions must be made at least 48 hours in advance of the relevant deadline in accordance with Paragraph 1(F) of the Court's Individual Rules and Practices. Still, as a courtesy, the Court will grant the Application. The initial pretrial conference currently scheduled for July 21, 2021, is hereby rescheduled to **August 4, 2021, at 4:15 p.m.** The parties are reminded to comply with the pre-conference procedures as laid out at ECF No. 4. SO ORDERED.

July 15, 2021

1