UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SAMUEL COHEN, :
:
: 
Plaintiff, :
: 21-CV-5324 (JMF)
-v- :
: ORDER
:
CME GROUP INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today, the parties shall adhere to the following briefing schedule for Plaintiff's motion for discovery beyond the administrative record:

- No later than **October 29, 2021**, Plaintiff shall file his initial motion, which shall not exceed 12 pages in length.

- No later then **November 10, 2021**, Defendants shall file any opposition, which shall not exceed 12 pages in length.

- No later than **November 15, 2021**, Plaintiff shall file any reply, which shall not exceed 5 pages in length.

SO ORDERED.

Dated: October 20, 2021
       New York, New York
                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge